IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

NO. 11-JP-3-BO

FILED
MAR - 8 2011
DENNIS P. IAVARONE, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

## JUDICIAL PREFERENCE ORDER

In all criminal matters assigned to the undersigned, once an attorney has been appointed or retained for a defendant, all further filings on behalf of the defendant, other than a motion for new counsel, must be made by the appointed or retained attorney unless otherwise ordered by the court.

Other than a motion for new counsel, any *pro se* document submitted by a defendant who has appointed or retained counsel will be entered on the docket in the Case Management - Electronic Filing System (CM/ECF) by the clerk's office, but no further action will be taken on the document unless it is re-filed electronically by the defendant's counsel of record. A *pro se* motion submitted by a defendant who has counsel and entered on the docket by the clerk's office will be terminated as a pending motion by the clerk's office without further order from the court.

SO ORDERED, this 8 day of March, 2011.

Terrence W. Boyle
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE